# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NARCISO and MARIE M. SANCHEZ,

    Plaintiffs,

vs.

THE BANK OF NEW YORK AS TRUSTEE FOR ASSET-BACKED CERTIFICATES TRUST 2005-1 DBA "TRUSTEE CORPS", *et al.,*

    Defendants.

Case No. 2:15-cv-01249-GMN-GWF

**ORDER**

    This matter is before the Court on Defendant's Motion to Stay Discovery Pending a Ruling on Bank of America, N.A.'s Motion to Dismiss and Plaintiffs' Request for Leave to Amend and Notice of Amended Complaint (#14) filed October 21, 2015.  There being no opposition filed and cause good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery Pending a Ruling on Bank of America, N.A.'s Motion to Dismiss and Plaintiffs' Request for Leave to Amend and Notice of Amended Complaint (#14) is **granted**.

    DATED this 20th day of November, 2015.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge